THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN P. MELCHIOR,

    Plaintiff,

v.

WOODLOCH PINES, INC.,

    Defendant.

: 3:22-CV-1343
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 21st DAY OF DECEMBER 2022, the Court having been informed that the above-captioned action has settled (Doc. 19), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge